

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger with
Lawyers Title Insurance Corporation, Celine Hinojosa, Barclays Capital Real Estate Inc., d/b/a
HOMEQ, as Servicing Agent for Duetsche Bank National Trust Company,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## ORDER

      The Appellee's Motion for Extension of Time to File Brief has this date been received
and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief
is this date GRANTED. Time is extended to November 18, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:     Valerie Henderson
        Baker, Donelson, Bearman, Caldwell & Berkowitz
        1301 McKinney, Suite 3700
        Houston, TX 77010

        Gregory T. Van Cleave
        Law Offices of Albert W. Van Cleave, III, P.L.L.C.
        1520 W. Hildebrand Avenue
        San Antonio, TX 78201

Kari Lynn Robinson
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney St Ste 3700
Houston, TX 77010